cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BAGIER; WILLIAM R. DIAZ, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ) | Civil No. 05cv36 LAB(AJB) <br><br> ORDER CONTINUING SETTLEMENT STATUS CONFERENCE |

Pursuant to a request by counsel in the above entitled action and for good cause shown, the September 8, 2006 Settlement Status Conference is hereby continued *to September 29, 2006 at 9:30 a.m.* Counsel for plaintiff shall initiate the conference call.

IT IS SO ORDERED.

DATED: September 8, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court