ORIGINAL

1  CAROL C. LAM
   United States Attorney
2  THOMAS B. REEVE, JR.
   Assistant U.S. Attorney
3  California State Bar no. 069310
   Office of the U.S. Attorney
4  Room 6293, at 880 Front Street
   San Diego, California 92101-8893
5  Telephone: (619) 557-7159
   Attorneys for Defendant, the United States of America
6

7  JOSEPH T. DIBOS
   Attorney at Law
8  California State Bar no. 105582
   Suite 420, at 2445 Fifth Avenue
9  San Diego, California 92101
   Telephone: (619) 235 - 0307
10 Attorney for the Plaintiffs

11
                    UNITED STATES DISTRICT COURT
12
                  SOUTHERN DISTRICT OF CALIFORNIA
13
   MANUEL BAGIER; WILLIAM R.     )   Civil No. 05cv0036-LAB (AJB)
14 DIAZ,                         )
                                 )
15           Plaintiffs,         )   JOINT MOTION FOR DISMISSAL
                                 )   (with prejudice)
16      v.                       )
                                 )   (Fed.R.Civ.P. 41)
17 UNITED STATES OF AMERICA,     )
                                 )
18           Defendant.          )
                                 )
19                               )
                                 )
20                               )

21

22      The parties jointly move for dismissal of this case.

23      By separate Settlement Agreement, the parties have resolved this case.

24 ///

25

26 ///

27

28 ///

1      The parties, therefore, jointly move that this case be dismissed in its entirety (with
2  prejudice), pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The parties agree
3  each will bear its own attorneys' fees and costs of suit.

                                             Respectfully submitted,

CAROL C. LAM
United States Attorney

September 28, 2006

*/s/ Thomas B. Reeve, Jr.*
THOMAS B. REEVE, JR.
Assistant U.S. Attorney
Counsel for Defendant

LAW OFFICE OF JOSEPH T. DIBOS

September 28, 2006

*/s/ Joseph T. Dibos*
JOSEPH T. DIBOS
Attorney for Plaintiffs

**IT IS SO ORDERED**
DATED 9-29-06

*/s/ Larry A. Burns*
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

|     |     |     |
| --- | --- | --- |
| 1   | UNITED STATES DISTRICT COURT | |
| 2   | SOUTHERN DISTRICT OF CALIFORNIA | |
| 3   | MANUEL BAGIER & WILLIAM R. DIAZ, ) | Civil Case No. 05cv0036-LAB (AJB) |
| 4   | Plaintiffs, ) | |
| 5   | v. ) | **CERTIFICATE OF SERVICE BY MAIL** |
| 6   | UNITED STATES OF AMERICA, ) | |
| 7   | Defendant. ) | |
| 8   | STATE OF CALIFORNIA ) | SS. |
| 9   | COUNTY OF SAN DIEGO ) | |

IT IS HEREBY CERTIFIED that:

I, Marilyn King, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is Office of the U.S. Attorney, Federal Office Building, 880 Front Street, Room 6293, San Diego, California 92101-8893; I am not a party to the above-entitled action; and

On September 28, 2006, I deposited in the United States mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**JOINT MOTION FOR DISMISSAL**

addressed to:

Joseph T. Dibos
2445 Fifth Avenue
Suite 420
San Diego, CA 92101

the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Diego, California on September 28, 2006.

*/s/ Marilyn King*
MARILYN KING